UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

| | | |
|---|---|---|
| ANTHONY DODD, | | |
| | | |
| Petitioner, | | Civil Action No. 11-91-KKC |
| | | |
| v. | | |
| | | |
| D. BERKEBILE, | | **JUDGMENT** |
| | | |
| Respondent. | | |

**\*\*\*\*  \*\*\*\*  \*\*\*\*  \*\*\*\***

Consistent with the Memorandum Opinion and Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED AND ADJUDGED** that:

1.      The petition filed pursuant to 28 U.S.C. § 2241 by Anthony Dodd against D. Berkebile as respondent [R. 2] is **DENIED**, and Judgment is **ENTERED** in favor of the respondent.

Dated this 19th day of September, 2011.

**Signed By:**

_**Karen K. Caldwell**_

**United States District Judge**