UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

| | |
|---|---|
| ANTHONY DODD, | |
| Petitioner, | Civil Action No. 11-91-KKC |
| v. | |
| D. BERKEBILE, | **JUDGMENT** |
| Respondent. | |

\*\*\*\*  \*\*\*\*  \*\*\*\*  \*\*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED AND ADJUDGED** that:

1. The petition filed pursuant to 28 U.S.C. § 2241 by Anthony Dodd against D. Berkebile as respondent [R. 2] is **DENIED**, and Judgment is **ENTERED** in favor of the respondent.

Dated this 19th day of September, 2011.

Signed By:

*Karen K. Caldwell*  KKC
**United States District Judge**